# United States District Court
# Eastern District of California

Pan Cao,

Plaintiff(s)

V.

United States Citizenship and Immigration

Defendant(s)

Case Number: 2:26-CV-02735-DC-AC

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jonathan D. Wasden hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Pan Cao

On July 8, 2026 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of Idaho (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/07/2026

Signature of Applicant: /s/ Jonathan D. Wasden

**Pro Hac Vice Attorney**

Applicant's Name: Jonathan D. Wasden

Law Firm Name: WASDEN LAW

Address: 2593 W Torana Dr

City: Meridian State: ID Zip: 83646

Phone Number w/Area Code: (843)872-4978

City and State of Residence: Meridian, ID

Primary E-mail Address: jon@wasden.law

Secondary E-mail Address: carolina@wasden.law

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Yakup Talha Sevinc

Law Firm Name: GH LAW FIRM, P.C.

Address: 2435 N Central Expy, Ste 1200,

City: Richardson State: TX Zip: 75080

Phone Number w/Area Code: (214) 430-2788 Bar # 368298

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 18, 2026

Dena Coggins
United States District Judge